UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 8:17-cr-372-T-33TGW

TYRONE DEVLIN

### ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States of America's motion for an order of forfeiture against the defendant in the amount of $26,852.35.

Being fully advised of the relevant facts, the Court hereby finds that at least $26,852.35 in proceeds was obtained by the defendant as a result of his participation in the conspiracy to commit theft of government property and access device fraud charged in Count One of the Indictment, and the offenses of theft of government property and access device fraud, charged in Counts Two and Three, for which he pled guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(2)(B), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules

of Criminal Procedure, the defendant shall be held liable for an order of forfeiture in the amount of $26,852.35.

It is FURTHER ORDERED that, because the $26,852.35 in proceeds was dissipated by the defendant, the United States may seek, as a substitute asset, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and/or 28 U.S.C. § 2461(c), forfeiture of any of the defendant's property up to the value of $26,852.35.

It is FURTHER ORDERED that, upon entry, this order shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the

forfeiture and disposition of such property, and for any substitute assets that the United States may be entitled to seek up to the amount of the order of forfeiture.

DONE and ORDERED in Tampa, Florida, this \_\_\_28th\_\_\_ day of \_\_\_June\_\_\_, 2018.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record

3